U. S. 651, 678 (1974). MR. JUSTICE BRENNAN dissents and would reverse the judgment for the reasons set forth in his dissent in *Edelman* v. *Jordan,* 415 U. S. 651, 687 (1974).

No. 73–955. CEJA *v.* STATE POLICE MERIT BOARD OF ILLINOIS ET AL. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–1292. ZANES-EWALT WAREHOUSE, INC. *v.* CALVERT, COMPTROLLER OF PUBLIC ACCOUNTS, ET AL. Appeal from Sup. Ct. Tex. dismissed for want of substantial federal question.

No. 73–1302. COMMUNITY CONSOLIDATED SCHOOL DISTRICT No. 210, LASALLE COUNTY, ET AL. *v.* MINI, SUPERINTENDENT OF SCHOOLS OF LASALLE COUNTY, ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 73–1297. EVERSON EVANGELICAL CHURCH OF NORTH AMERICA ET AL. *v.* WESTERN PENNSYLVANIA CONFERENCE OF UNITED METHODIST CHURCH. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.

No. 72–1379. KELLY *v.* OHIO. Ct. App. Ohio, Portage County. Certiorari granted, judgment vacated, and case remanded for further consideration in light of